HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON SHUMPERT,

        Plaintiff,

v.

HEALTHPOINT CENTERS OF KING COUNTY, a Washington non-profit corporation,

        Defendant.

NO. 2:18-CV-01680-TSZ

ORDER GRANTING DEFENDANT'S MOTION TO SEAL

This matter came before the Court on motion by Defendant's Motion to Seal, docket no. 19. The Court has considered the following:

1. Defendant's unopposed Motion to Seal, docket no. 19;

2. Defendant's Motion for Summary Judgment, docket no. 20;

3. Declaration of Lisa Yohalem in support of Defendant's Motion for Summary Judgment, docket no. 22.

It is now hereby ORDERED that Defendant's Motion to Seal is GRANTED as follows:

Exhibits D-M, P, R, and S of the Yohalem Declaration may be filed under seal.

The unredacted version of Defendant's Motion for Summary Judgment may be filed under seal.

DATED this 28th day of February, 2020.

                                            _/s/ Thomas S. Zilly_
                                            Thomas S. Zilly
                                            United States District Judge

{APR2079055.DOCX;1/14327.000007/ }
ORDER GRANTING DEFENDANT'S MOTION TO SEAL - 1
NO. 2:18-CV-01680-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

1  *Presented by:*

2  OGDEN MURPHY WALLACE, P.L.L.C.

3  */s/ Aaron P. Riensche*
   Aaron P. Riensche, WSBA #37202
4  901 Fifth Avenue, Suite 3500
   Seattle, WA 98164
5  Phone: 206-447-7000
   Fax: 206-447-0215
6  E-mail: ariensche@omwlaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

{APR2079055.DOCX;1/14327.000007/ }
ORDER GRANTING DEFENDANT'S MOTION TO SEAL - 2
NO. 2:18-CV-01680-TSZ

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215