UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON SHUMPERT,<br><br>            Plaintiff,<br><br>  v.<br><br>HEALTHPOINT CENTERS OF KING COUNTY,<br><br>            Defendant. | C18-1680 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court STRIKES the trial date and all pretrial deadlines pending further order of the Court.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of March, 2020.

                                                           William M. McCool
                                                           Clerk

                                                           s/Karen Dews
                                                           Deputy Clerk

MINUTE ORDER - 1